**Order entered March 18, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00982-CV

**WILLIAM D. SHEETZ, Appellant**

**V.**

**YOLANDA SLAUGHTER, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. 08-10401-A**

## ORDER

We **GRANT** appellant's March 16, 2015 second motion for an extension of time to file a brief.  Appellant shall file a brief by **MARCH 23, 2015**.  We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE